# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| LE-LON CAMPBELL, | : | Case No. 1:23-cv-763 |
| Plaintiff, | : | |
| vs. | : | Judge Michael R. Barrett |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| BUTLER COUNTY JAIL, | : | |
| Defendant. | : | |

## ORDER

The undersigned Magistrate Judge recently recommended that the Court dismiss this case after Plaintiff failed to respond to a Show Cause Order. (Doc. 5). Shortly after the recommendation was made, mail to Plaintiff from the Court was returned as undeliverable. (Doc. 6). Plaintiff also contacted the Court and provided the address for his new custodial institution in Kentucky. (Doc. 7, 8). He explained that he was moved and had not been getting his mail, and he asked for additional time to address the issues raised in the Show Cause Order. (*Id*.).

The Court will give Plaintiff time to do so. For good cause shown, the Undersigned **WITHDRAWS** the previous Report and Recommendation. (Doc. 5). Plaintiff's request for additional time to respond to the Show Cause Order (Doc. 7, 8) is **GRANTED**. Plaintiff must file his response **within thirty days** of this Order. The Clerk of Court is **DIRECTED** to send Plaintiff an additional copy of the Show Case Order (Doc. 3) along with this Order.

**IT IS SO ORDERED.**

February 15, 2024

/s/*Peter B. Silvain, Jr.*
PETER B. SILVAIN, JR.
UNITED STATES MAGISTRATE JUDGE