# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| LE-LON CAMPBELL, | : | Case No. 1:23-cv-763 |
| Plaintiff, | : | |
| vs. | : | Judge Michael R. Barrett |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| BUTLER COUNTY JAIL, | : | |
| Defendant. | : | |

## ORDER

The Clerk of Court is **DIRECTED** to mail Plaintiff copies of the following documents along with this Order:

1. the docket listing as it stands currently;

2. the Second Show Cause Order (Doc. 11); and

3. the Report and Recommendation (Doc. 12).

**IT IS SO ORDERED.**

July 31, 2024

*s/Peter B. Silvain, Jr.*
PETER B. SILVAIN, JR.
UNITED STATES MAGISTRATE JUDGE