UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Le-Lon Campbell,

    Plaintiff,

        v.                       Case No. 1:23cv763

Butler County Jail, et al.

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on September 19, 2025 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 19) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 19) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge:

1. Plaintiff's claims against Sheriff Jones in an individual capacity, the Jail, and the USMS are **DISMISSED with prejudice**, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1);

2. Plaintiff's claim for injunctive relief is **DISMISSED without prejudice** as moot, *See Whitfield v. Gustave*, No. 3:23-cv-023, 2023 WL 6141665, at *1 (S.D. Ohio Sept. 20, 2023);

3. Plaintiff's claims against individuals who are not named as Defendants are **DISMISSED without prejudice**, See *Redman v. Jefferson Cty. Jail*, No. 2:23-cv-168, 2023 WL 8436081, at *5 (S.D. Ohio Oct. 19, 2023), report and recommendation adopted, 2023 WL 8018515 (S.D. Ohio Nov. 20, 2023); and

4. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of any Order adopting this Report and Recommendation would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

**IT IS SO ORDERED.**

                                                       */s/ Michael R. Barrett*
                                                       Michael R. Barrett, Judge
                                                       United States District Court