# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| LE-LON CAMPBELL, | Case No. 1:23-cv-763 |
| Plaintiff, | |
| vs. | Judge Michael R. Barrett |
| | Magistrate Judge Peter B. Silvain, Jr. |
| BUTLER COUNTY JAIL, | |
| Defendant. | |

# ORDER

This case is before the Court upon Plaintiff's Motion to Clarify. (Doc. 23). In his Motion, Plaintiff asks for additional information regarding "the government's objections" to his request to substitute Sheriff Jones for Butler County, Ohio in his amended complaint. *Id.* Plaintiff also requests a copy of the service documents. *Id.*

On October 16, 2025, the undersigned recommended that Plaintiff's motion to amend his complaint be denied. (Doc. 22). In the Report and Recommendation, the undersigned addressed Plaintiff's request to substitute Butler County for Sheriff Jones:

> Plaintiff's request to substitute Butler County for Sheriff Jones in his official capacity should be denied without prejudice to renew after service of process is issued. As indicated in the September 9, 2025 Order and Report and Recommendation, Plaintiff's claim against Sheriff Jones in his official capacity is treated as a claim against Butler County. (Doc. 19, PageID 90). Although such a substitution is permissible, *see, e.g., Luke v. Abbott*, 954 F. Supp. 202, 204 (C.D. Cal. 1997), it would delay proceedings in this case. The undersigned has already ordered Plaintiff to provide a completed summons and United States Marshal form for Sheriff Jones, and the Clerk of Court has sent Plaintiff blank forms for this purpose. (Doc. 19, PageID 95). Once service of process is made, either Plaintiff or Sheriff Jones may file a motion requesting to substitute Butler County as the Defendant in this case.

2

*Id.* at 105. No objections have been filed, and the Report and Recommendation is currently pending before United States District Judge Michael R. Barrett. At this time, Plaintiff must submit a completed summons and United States Marshal form for Sheriff Jones on or before **December 3, 2025**. As noted in the Report and Recommendation, once service of process is made, either Plaintiff or Sheriff Jones may file a motion requesting to substitute Butler County as the Defendant in this case.

Plaintiff's request for copies of the service forms is hereby **GRANTED**. The Clerk of Court is **DIRECTED** to send Plaintiff blank summons and U.S. Marshal forms for Defendant Jones along with this Order.

    **IT IS SO ORDERED.**

November 4, 2025

*s/Peter B. Silvain, Jr.*
PETER B. SILVAIN, JR.
UNITED STATES MAGISTRATE JUDGE