UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| LE-LON CAMPBELL, | : | Case No. 1:23-cv-763 |
| Plaintiff, | : | District Judge Michael R. Barrett |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| BUTLER COUNTY JAIL, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

On November 10, 2025, this case was stayed pursuant to General Order 25-04. (Doc. 26). General Order 25-04 has now expired. The Court therefore reestablishes the deadlines at issue in this case at the time of the stay. *See id*.

Accordingly, Plaintiff is hereby **DIRECTED** to submit to the Court a completed summons and United States Marshal form for Sheriff Jones within **THIRTY (30) DAYS** of the date of this Order.

**Plaintiff is reminded that he if fails to provide the service documents as previously directed by the Court (*see* Doc. 25, PageID 111), his case may be dismissed for want of prosecution.** Should Plaintiff need additional time to comply with the Court's Order, he must file a motion for extension of time.

**IT IS SO ORDERED.**

November 17, 2025

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge