UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Le-Lon Campbell,

    Plaintiff,

          v.                                          Case No.   1:23cv763

Butler County Jail, et al.,

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 16, 2025, and December 9, 2025 (Docs. 22 & 29).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&Rs (Docs. 22 & 29) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&Rs (Doc. 22 & 29) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the Plaintiff's motion to amend (Doc. 20) is **DENIED** in its entirety and the Plaintiff's motion to reconsider (Doc. 28) is also **DENIED**.

**IT IS SO ORDERED.**

                                                                *s/Michael R. Barrett*
                                                              Michael R. Barrett, Judge
                                                              United States District Court