**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| LE-LON CAMPBELL, | : | Case No. 1:23-cv-763 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael R. Barrett |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| BUTLER COUNTY JAIL, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

**NOTICE TO PRO SE PLAINTIFF OF**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

---

You are hereby notified that Defendant Richard K. Jones filed a Motion for Judgment on the Pleadings on March 25, 2026. (Doc. #37). You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **April 20, 2026**. *See* S.D. Ohio Civ. R. 7.2(a). If you fail to file a timely response, Defendant's Motion for Judgment on the Pleadings may be granted and your case dismissed.

March 27, 2026                              *s/Peter B. Silvain, Jr.*
                                            Peter B. Silvain, Jr.
                                            United States Magistrate Judge