**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

LE-LON CAMPBELL,                          :   Case No. 1:23-cv-763
                                          :
    Plaintiff,                        :
                                          :
vs.                                       :
                                          :   District Judge Michael R. Barrett
                                          :   Magistrate Judge Peter B. Silvain, Jr.
BUTLER COUNTY JAIL, *et al.*,             :
                                          :
    Defendants.                       :
                                          :

## ORDER

This case is before the Court upon Plaintiff's Motion for Extension of Time. (Doc. #39). Plaintiff requests an extension of time to respond to Defendants' Motion for Judgment on the Pleadings (Doc. #37) because he expected to be transferred to another facility in the time leading up to the April 20, 2026 deadline. *Id.* For good cause shown, Plaintiff's Motion for Extension of Time (Doc. #39) is hereby **GRANTED**.

Following his Motion for Extension of Time, Plaintiff filed an untitled document that this Court understands to be Plaintiff's Response in Opposition to Defendant's Motion for Judgment on the Pleadings. (Doc. #40). Accordingly, Plaintiff's Response (Doc. #40) is **ACCEPTED** as filed, and Defendant's reply is due on or before **May 15, 2026**.

    **IT IS SO ORDERED.**

May 1, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge